Case 2:15-cv-07786-SVW-JPR   Document 30   Filed 09/22/16   Page 1 of 2   Page ID #:649

```
FILED
CLERK, U.S. DISTRICT COURT

Sept 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>WESTSIDE DELIVERY, LLC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07786-SVW (JPRx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT WESTSIDE DELIVERY, LLC ON ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Ctrm:  6 - 2nd Floor<br>Judge: Stephen V. Wilson |

This action came on for hearing before the Court on May 16, 2016, Hon. Stephen V. Wilson presiding, on a Motion for Summary Judgment ("MSJ") filed by Defendant Westside Delivery, LLC ("Westside Delivery") as to all claims alleged in this action against Westside Delivery by Plaintiff State of California Department of Toxic Substances Control ("DTSC"). After having fully considered the MSJ, all evidence and submissions filed in support of and in opposition thereto, oral argument presented by counsel for Westside Delivery and DTSC, and good cause appearing therefor as explained in the reasons set forth in the In Chambers Order Granting Motion for Summary Judgment entered on September 14, 2016 (Dkt. No. 28), this Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

///

1. Judgment is entered in favor of Westside Delivery as against DTSC;
2. This action is dismissed on the merits; and
3. DTSC shall take nothing by way of this lawsuit against Westside Delivery.

Dated: _____September 22_____, 2016

_____
Stephen V. Wilson
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1055166 01/LA

-1-
PROPOSED JUDGMENT

15-07786 SVW